# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>  Plaintiff,<br><br>  v.<br><br>CIUMMO AND ASSOCIATES, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01745---SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA<br><br>(ECF Nos. 1) |

Plaintiff Ruben Herrera, a civil detainee, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 6, 2014. On November 24, 2014, Plaintiff filed an application to proceed in forma pauperis.

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  **December 1, 2014**

UNITED STATES MAGISTRATE JUDGE

1